|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    vs.<br><br>ABIDEMI RUFAI,<br><br>                Defendant/Judgment Debtor,<br><br>    and<br><br>CITI BANK, N.A.,<br><br>                      Garnishee. | NO. 3:23-mc-5002-BHS<br><br>(3:21-CR-5186-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Abidemi Rufai, from Citi Bank, N.A., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Citi Bank, N.A., whose address is Citi Bank, N.A., Attn: Legal Services Intake unit 5800 South Corporate Place, MC 451, Sioux Falls, SD 57108.

//

DATED this 5th day of January, 2023.

```
                                    _____
                                    BENJAMIN H. SETTLE
                                    United States District Judge
```

Presented by:

*s/Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail:  kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970