The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ABIDEMI RUFAI,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>CITI BANK, N.A.,<br><br>　　　　　Garnishee. | NO.  3:23-MC-5002-BHS<br><br>　　(3:21-CR-5186-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Citi Bank, N.A. is relieved of further responsibility pursuant to this garnishment.

//

1  DATED this 6th day of Febraury, 2023.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney